RHS:sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6166 CR-ROETTGER

18 U.S.C. § 641

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

Plaintiff,

vs.

FAY JOHNSON,

Defendant.

INFORMATION

The United States Attorney charges that:

## COUNT 1

On or about September 7, 1995, the exact date being unknown, in Broward County, in the Southern District of Florida, the defendant,

FAY JOHNSON,

did knowingly and willfully steal and purloin money of the United States, of a value of less than $1,000.00, with intent to deprive the United States of the use and benefit thereof, in violation of Title 18, United States Code, Section 641.

_____
GUY A. LEWIS
UNITED STATES ATTORNEY

_____
ROGER H. STEFIN
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. _____

v.                                **CERTIFICATE OF TRIAL ATTORNEY***

FAY JOHNSON                       **Superseding Case Information:**

**Court Division:** (Select One)  New Defendant(s)     Yes ___  No ___
                                  Number of New Defendants ___
___ Miami  ___ Key West           Total number of counts ___
_X_ FTL   ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:      (Yes or No) _NO_
   List language and/or dialect _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days        __X__     Petty          _____
   II   6 to 10 days       _____    Minor          _____
   III  11 to 20 days      _____    Misdem.        __X__
   IV   21 to 60 days      _____    Felony         _____
   V    61 days and over   _____

6. Has this case been previously filed in this District Court? (Yes or No) _NO_
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) _NO_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of_____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _NO_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No   If yes, was it pending in the Central Region? _X_ Yes ___ No

                                          _____
                                          ROGER H. STEFIN
                                          ASSISTANT UNITED STATES ATTORNEY
                                          Court Bar No. 2873334

*Penalty Sheet(s) attached                                    REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: __FAY JOHNSON_____    No.: _____

Count # I:
KNOWINGLY AND WILLFULLY STEAL AND PURLOIN MONEY OF THE UNITED STATES;
IN VIOLATION OF 18:641
*Max Penalty:   ONE YEAR'S IMPRISONMENT AND $100,000 FINE

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :


*Max Penalty:

Count #:


*Max Penalty:
Count #:



*Max Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.

REV. 12/12/96