| | | | |
|---|---|---|---|
| DEFT: | Fay Johnson (surrender) | CASE NO: | 00-6166-CR-Roettger |
| AUSA: | Roger Stefin /Rosenbaum | ATTNY: | FPD: Tim Day (previously appointed pre-indictment) |
| AGENT: | | VIOL: | |
| PROCEEDING: | Initial Appearance | BOND REC: | 10,000 PSB |

BOND HEARING HELD - (yes)/no        COUNSEL APPOINTED: FPD reappointed
BOND SET @ $10,000 PSB.
CO-SIGNATURES:

FILED by ___ D.C.
AUG 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. - if PTS satisfied after time, testing can be stopped
   Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses:
9) No firearms.
10) Curfew:
11) Travel extended to: SD/FL.
12) ___ Halfway House
    ___ Electronic Monitoring
Reside at current address, no illegal drugs or excessive alcohol

No waiver of indictment needed — this is a misd. info.

X - advised of charges
X - sworn

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

Plea likely

| | | | |
|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
| INQUIRY RE COUNSEL: | | | |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | N/A | | |
| STATUS CONFERENCE: | | | |

DATE: 8-31-00     TIME: 11:00am     TAPE # 00-069     PG # 5
2170-2500