FILED by ___
AUG 3 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6166-CR-Roettger

UNITED STATES OF AMERICA

vs

Fay Johnson

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-31-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

| | | |
|---|---|---|
| DEFENDANT: | Address: | see bond |
| | Telephone: | |
| DEFENSE COUNSEL: | Name: | FPD: Tim Day |
| | Address: | |
| | Telephone: | |

BOND SET/CONTINUED:   $ 10,000 PSB

Bond hearing held: yes  X   no____  Bond hearing set for_____

Dated this   31   day of   August  , 20 00

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
Deputy Clerk

Tape No.  00-069

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services