UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 05545-004

UNITED STATES OF AMERICA )
              Plaintiff ) Case Number: CR 00-6166-CR-NCR
                  ) REPORT COMMENCING CRIMINAL
   -vs-          ) ACTION   FILED by _____ D.C.
                  )
FAY JOHNSON )
        Defendant               SEP 1 200-
*********************************************
TO: Clerk's Office   MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court        (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
*********************************************
All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 8-31-00   am/pm

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: FRAUD- THEFT OF SOCIAL SECURITY BENEFITS

(4) U.S. Citizen [X] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 12-30-50

(6) Type of Charging Document: (check one)
    [ ] Indictment  [ ] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SD/FL.

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: SELF SURR MAG COURT FTL.

(8) Date: _____ (9) Arresting Officer: _____

(10) Agency: _____ (11) Phone: _____

(12) Comments: _____

