## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | FAY JOHNSON (B) | CASE NO: | 00-6166-CR-ROETTGER |
| AUSA: | ROGER STEFIN /Powell | ATTY: | TIM DAY, AFPD |
| AGENT: | | VIOL: | |
| PROCEEDING: | PLEA | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

*FILED by ___ D.C. NOV 16 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Plea agreement filed in Open court — deft entered guilty plea to a One Count misd. info — Court accepts plea and adjudicates deft guilty

set for sentencing

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: Sentencing | Jan 11 2001 | 11:30 | SNOW | ✓ |

DATE: 11-16-00  TIME: 1:30 P.M  FTL/LSS TAPE # 00 - 059  Begin: 1432  End: 2011