UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6166-CR-ROETTGER

MAGISTRATE JUDGE SNOW



UNITED STATES OF AMERICA,  :

    Plaintiff, :

vs. :

FAY JOHNSON, :

    Defendant. :
_____/

## MOTION TO TRAVEL

The defendant, through counsel, moves this Court for an order to travel and states as grounds thereof:

1. The defendant is charged by way of information with violating 18 U.S.C. § 641. She was released on a $10,000 personal surety bond on August 31, 2000.

2. The defendant requests permission to travel to visit her brother-in-law and sister-in-law, Tommy and Sue Johnson, 513 Friendship Street, Donalsonville, Georgia, (912) 524-2967, December 23, 2000 through December 26, 2000.

3. Assistant United States Attorney Roger Stefin has no objection to this motion.

WHEREFORE, the defendant requests that this Court grant this motion.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed on this 20 day of December, 2000 to Roger Stefin, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301 and to Mr. Darwin Crenshaw, U.S. Pretrial Services Officer, 299 E. Broward Blvd., Room 301, Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\JOHNSON\Travel.01.wpd

2