UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6166-CR-ROETTGER

MAGISTRATE JUDGE SNOW

UNITED STATES OF AMERICA, :

    Plaintiff,              :

vs.                         :

FAY JOHNSON,          :

    Defendant.        :
_____/

FILED by _____ D.[...]

DEC 2 1 2000

[stamp illegible]

## **ORDER GRANTING MOTION TO TRAVEL**

THIS CAUSE having come before the Court on Defendant's Motion to Travel and the Court

having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's motion to travel is hereby GRANTED.

The defendant is permitted to travel to the residence of her brother-in-law and sister-in-law, Tommy

and Sue Johnson, 513 Friendship Street, Donalsonville, Georgia, (912) 524-2967, December 23,

2000 through December 26, 2000.  All other conditions of bond remain in full
force and effect.
    DONE AND ORDERED at Fort Lauderdale, Florida, this 21 day of December, 2000.

LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

cc:    Timothy Day, AFPD
       Roger Stefin, AUSA
       U.S. Pretrial Services