# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | |
|---|---|
| DEFT: FAY JOHNSON (B) | CASE NO: 00-6166-CR-ROETTGER |
| AUSA: ROGER STEFIN *pres* | ATTY: AFPD TIM DAY *pres* |
| AGENT: | VIOL: |
| PROCEEDING: SENTENCING | RECOMMENDED BOND: |
| HEARING HELD - yes/ no | COUNSEL APPOINTED: |
| BOND SET @: | To be cosigned by: |

FILED by D.C. JAN 11 2001 CLERK U.S. DIST. CT. S/D. OF FLA. FT. LAUD.

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☐ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full-time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

Deft sentenced to 3 years prob. (supv)

Restitution in amt of $50,000 —
Assessment $75
Not commit any crime
No firearms
No controlled substances
Participate in election monitoring — 6 months
$4.25 per day.
monitor a telephone
access to firearms to USPO
not incur further debts

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |
| DATE: 1/11/01 | TIME: 11:30 | FTL/LSS TAPE # 01 - 004 | Begin: p98 | End: 1824 |

L/SN