UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6166-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FAY JOHNSON,

    Defendant.
_____/

### NOTICE OF APPEAL

Notice is hereby given that Fay Johnson, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the final judgment and sentence entered in this action on the 16th day of January, 2001.

Respectfully submitted,

KATHLEEN M. WILLIAMS
Federal Public Defender

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument was served by U.S. mail this ___ day of January, 2001, upon Anne Schultz, Assistant United States Attorney, Chief of Appellate Division, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Timothy M. Day

KMW99 1