-cr-06166-NCR    Document 20    Entered on FLSD Docket 01/23/2001    F
AO 245B (Rev. 6/99) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA

V.

FAY JOHNSON

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: 00-6166-CR-Roettger (Snow)

AFPD Tim Day
Defendant's Attorney
AUSA Roger Stefin

**THE DEFENDANT:**

[x] pleaded guilty to count(s) __Count One__

[ ] pleaded nolo contendere to count(s) _____ which was accepted by the court.

[ ] was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 | 641 | 9/7/95 | 1 |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s) _____

[ ] Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 12/30/50
Defendant's USM No.: 55451-004
Defendant's Residence Address:
1229 N. W. 19th Avenue
Ft. Lauderdale, FL  33311

Defendant's Mailing Address: Same

January 11, 2001
Date of Imposition of Judgment

Signature of Judicial Officer

LURANA S. SNOW, U. S. MAGISTRATE JUDGE
Name and Title of Judicial Officer

Date

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date

No further action required by Marshals Service.

James F. Tarrone
STATES MARSHAL

SDUSM
Ed Rinhase