UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA


THE UNITED STATES OF AMERICA, )
                              )       CASE NUMBER
             PLAINTIFF,       )       00-6166-CR-ROETTGER
                              )
        VS.                   )
                              )
FAY JOHNSON,                  )       THIS VOLUME
                              )       PAGES 1 - 1
             DEFENDANT.       )
_____)

(TRANSCRIPT BY TAPE)


        TRANSCRIPT OF PLEA COLLOQUY HAD BEFORE THE

HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD

COUNTY, FLORIDA, ON NOVEMBER 16, 2000, IN THE ABOVE-STYLED

MATTER.



APPEARANCES:

FOR THE GOVERNMENT:   **ROGER W. POWELL, A.U.S.A.**
                      500 EAST BROWARD BLVD., 7TH FLOOR
                      FT. LAUDERDALE, FL 33301 954/356-7392

FOR THE DEFENDANT:    **TIMOTHY DAY, A.F.P.D.**
                      FEDERAL PUBLIC DEFENDER'S OFFICE
                      101 N.E. 3RD AVENUE, SUITE 202
                      FT. LAUDERDALE, FL. 33301
                      954 356-7436

                CARL SCHANZLEH
            OFFICIAL COURT REPORTER
               U. S. COURTHOUSE
          299 E. BROWARD BLVD., 202B
        FORT LAUDERDALE, FLORIDA 33301
               954 769-5488



# NOT

# SCANNED

## PLEASE REFER TO COURT FILE