UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA, )
                              )   CASE NUMBER
         PLAINTIFF,     )   00-6166-CR-ROETTGER
                              )
   VS.                      )
                              )
FAY JOHNSON,             )   THIS VOLUME:
                              )   PAGES 1 - 16
         DEFENDANT.     )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF SENTENCING HAD BEFORE THE HONORABLE
LURANA S. SNOW, IN FORT LAUDERDALE, BROWARD COUNTY, FLORIDA,
ON JANUARY 11, 2001, IN THE ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    **ROGER STEFIN, A.U.S.A.**
                            500 EAST BROWARD BLVD., 7TH FLOOR
                            FT. LAUDERDALE, FL 33301 954/356-7255

FOR THE DEFENDANT:     **TIMOTHY DAY, A.F.P.D.**
                            FEDERAL PUBLIC DEFENDER'S OFFICE
                            101 N.E. 3RD AVENUE, SUITE 202
                            FT. LAUDERDALE, FL. 33301
                            954 356-7436

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488

# NOT

# SCANNED

PLEASE REFER TO COURT FILE