**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: March 2, 2001
Eleventh Judicial Circuit             USDC # 00-6166-CR-NCR
56 Forsyth Street                     USCA # 01-10412-F
Atlanta, Georgia   30303
```

IN RE: **USA v. Johnson**

================================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

      _1_ Volume of Pleadings
      _2_ Volumes of Transcripts

      _X_ Exhibits:

         _1_ PSI (sealed)

Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
    Signature

```
                                                    LSS     CLOSED
                                                    APPEAL
                    U.S. District Court
             Southern District of Florida (FtLauderdale)

             CRIMINAL DOCKET FOR CASE #: 00-CR-6166-ALL

USA v. Johnson                                       Filed: 06/15/00
Dkt# in other court: None

Case Assigned to: Judge Norman C. Roettger, Jr.

FAY JOHNSON (1) , DOB 12/30/50     Timothy Day
Prisoner #05545-004                  [term  01/17/01]
    defendant                      FTS 356-7556
 [term  01/17/01]                  [COR LD NTC pda]
                                   Federal Public Defender's
                                   Office
                                   101 NE 3rd Avenue
                                   Suite 202
                                   Fort Lauderdale, FL 33301-1145
                                   954-356-7436


Pending Counts:                       Disposition

18:641.M THEFT/EMBEZZLEMENT OF      Defendant Sentenced to 3 Years
U. S. PROPERTY                      Probation; Defendant must
(1)                                 pay Restitution in the amount
                                    of $50,000.00, payment
                                    schedule to be determined by
                                    U.S. Probation Officer; $25.00
                                    Special Assessment.
                                    (1)


Offense Level (opening): 3


Terminated Counts:

    NONE



Complaints:

    NONE
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By: [signature] Dominga [illegible]
Deputy Clerk
Date 3-2-01

Docket as of March 2, 2001 11:25 am                   Page 1

```
Proceedings include all events.                          LSS
0:00cr6166-ALL USA v. Johnson                     CLOSED APPEAL

FAY JOHNSON, DOB 12/30/50 Prisoner #05545-004

          defendant


========================

USA

          plaintiff

U. S. Attorneys:

  Guy Alan Lewis
  FTS 530-7087
  305-961-9189
  [COR LD NTC]
  United States Attorney's Office
  99 NE 4th Street
  Miami, FL 33132
  305-961-9000

  PTS Officer
  FTS 356-7915
  954-769-5600
  [COR LD NTC]
  Pretrial Services Office
  299 E Broward Boulevard
  Suite 301
  Fort Lauderdale, FL 33301
  954-769-5600

  Probation Officer
  FTS 356-7061
  954-769-5500
  [COR LD NTC]
  United States Probation Office
  299 E Broward Boulevard
  Room 409
  Fort Lauderdale, FL 33301-1865
  954-769-5500
```

Proceedings include all events.
0:00cr6166-ALL USA v. Johnson

Beg ✓ CLOSED APPEAL LSS

| Date | # | Entry |
|---|---|---|
| 6/15/00 | 1 | INFORMATION as to Fay Johnson (1) count(s) 1 (Criminal Category 1) (pb) [Entry date 06/16/00] |
| 6/15/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (pb) [Entry date 06/16/00] |
| 8/31/00 | 2 | Minutes of Initial Appearance held on 8/31/00 before Magistrate Barry S. Seltzer as to Fay Johnson; Court Tape #069-2170/2500 (mh) [Entry date 09/01/00] |
| 8/31/00 | -- | PLEA entered by Fay Johnson . Court accepts plea. NOT GUILTY: Fay Johnson (1) count(s) 1 (mh) [Entry date 09/01/00] |
| 8/31/00 | 3 | ORDER on Initial Appearance as to Fay Johnson before Magistrate Barry S. Seltzer, , (Signed by Magistrate Barry S. Seltzer on 8/31/00) Tape #069 CCAP (mh) [Entry date 09/01/00] |
| 8/31/00 | -- | Initial appearance as to Fay Johnson held (Defendant informed of rights.) (mh) [Entry date 09/01/00] |
| 8/31/00 | 4 | ARRAIGNMENT INFORMATION SHEET for Fay Johnson (1) count(s) 1 NOT GUILTY PLEA ENTERED as to all counts. Court accepts plea. (mh) [Entry date 09/01/00] |
| 8/31/00 | 5 | APPEARANCE BOND entered by Fay Johnson in Amount of $10,000 Approved by Magistrate Barry S. Seltzer. Surrender passports/travel documents; Report to PTS as follows: as directed; Random urine testing; Full-time employment; Avoid victims/witnesses; No firearms/weapons; Additional conditions: reside at current address, no illegal drugs or excessive alcohol (mh) [Entry date 09/01/00] |
| 8/31/00 | 6 | STANDING DISCOVERY ORDER as to Fay Johnson all motions concerning matters not covered by this order must be filed within 28 days of this order (Signed by Magistrate Barry S. Seltzer on 8/31/00) CCAP (mh) [Entry date 09/01/00] |
| 8/31/00 | 7 | ORDER RE: STATUS CONFERENCE, SPEEDY TRIAL, PRETRIAL MATTERS as to Fay Johnson before Duty Magistrate (Signed by Magistrate Barry S. Seltzer on 8/31/00) CCAP [EOD Date: 9/1/00] CCAP (mh) [Entry date 09/01/00] |
| 9/1/00 | 8 | REPORT Commencing Criminal Action as to Fay Johnson DOB: 12/30/50 Prisoner # 05545-004 (ss) [Entry date 09/01/00] |
| 10/19/00 | 9 | NOTICE of Hearing as to Fay Johnson : set calendar call for 10:30 11/17/00 for Fay Johnson before Judge Norman C. Roettger Jr., set Jury trial for 11/20/00 for Fay Johnson before Judge Norman C. Roettger Jr. (dp) [Entry date 10/20/00] |

```
Proceedings include all events.                                    LSS
0:00cr6166-ALL USA v. Johnson                                CLOSED APPEAL

11/16/00 (10)    Minutes of change of plea held on 11/16/00 before
                 Magistrate Judge Lurana S. Snow as to Fay Johnson; Court
                 Tape #059/1432-2011 (mh) [Entry date 11/17/00]

11/16/00 --      PLEA entered by Fay Johnson . Court accepts plea. GUILTY:
                 Fay Johnson (1) count(s) 1 (mh) [Entry date 11/17/00]

11/16/00 --      Change of Plea Hearing as to Fay Johnson  held (mh)
                 [Entry date 11/17/00]

11/16/00 (11)    Plea Agreement as to Fay Johnson (mh) [Entry date 11/17/00]

11/17/00 (12)    CONSENT to Trial by Magistrate by Fay Johnson (ss)
                 [Entry date 11/20/00]

11/17/00 (13)    NOTICE of Hearing as to Fay Johnson: Setting Sentencing
                 for 11:30 1/11/01 for Fay Johnson before Magistrate Judge
                 Lurana S. Snow (ss) [Entry date 11/20/00]

12/20/00 (14)    MOTION by Fay Johnson to Travel (dp) [Entry date 12/21/00]

12/21/00 (15)    ORDER as to Fay Johnson  granting [14-1] motion to Travel
                 as to Fay Johnson (1) ( Signed by Magistrate Judge Lurana
                 S. Snow on 12/21/00) CCAP [EOD Date: 12/22/00] CCAP (dp)
                 [Entry date 12/22/00]

1/8/01   (16)    OBJECTION by Fay Johnson to Presentence Investigation
                 Report as to Fay Johnson (mh) [Entry date 01/09/01]

1/11/01  (17)    Minutes of sentencing held on 1/11/01 before Magistrate
                 Judge Lurana S. Snow as to Fay Johnson; Court Tape
                 #04/98-1824 (mh) [Entry date 01/12/01]

1/17/01  --      Sentencing  held Fay Johnson (1) count 1 (aj)
                 [Entry date 01/19/01]

1/17/01  (18)    JUDGMENT as to Fay Johnson (1) count 1. Defendant Sentenced
                 to 3 Years Probation; Defendant must pay Restitution in the
                 amount of $50,000.00, payment schedule to be determined by
                 U.S. Probation Officer; $25.00 Special Assessment. ( Signed
                 by Magistrate Judge Lurana S. Snow on 1/16/01) CCAP [EOD
                 Date: 1/19/01] CCAP (aj) [Entry date 01/19/01]

1/19/01  (19)    NOTICE OF APPEAL by Fay Johnson re: [18-1] judgment order .
                 EOD Date: 01/19/01; Fay Johnson (1) count(s) 1;  Filing
                 Fee: $ NO FEE REQUIRED; Copies to USCA, AUSA, USM, USPO and
                 Counsel of Record. (dl) [Entry date 01/19/01]

1/19/01  --      Certified copies of Notice of Appeal, Docket and Order
                 under appeal to USCA: as to Fay Johnson [19-1] appeal (dl)
                 [Entry date 01/19/01]

1/22/01  (20)    Judgment Returned Executed as to Fay Johnson on 1/18/01 at
                 No Further Action Required by the U.S. Marshals Service (aj)

Docket as of March 2, 2001 11:25 am                      Page 4
```

```
Proceedings include all events.                                    LSS
0:00cr6166-ALL USA v. Johnson                                CLOSED APPEAL

              [Entry date 01/23/01]              Vol. 1 (cont.

1/26/01  (21)  TRANSCRIPT INFORMATION FORM as to Fay Johnson   re: [19-1]
               appeal received. (Forwarded to Court Reporter Coordinator)
               (gf) [Entry date 01/30/01]

1/30/01  (22)  Appeal Information Sheet as to Fay Johnson  re: [19-1]
               appeal Transcript due 3/1/01 for Fay Johnson (gf)
               [Entry date 01/30/01]

1/30/01   --   NOTICE of Receipt of Transmittal Letter from USCA as to Fay
               Johnson  Re: [19-1] appeal  USCA Number: 01-10412-F (dl)
               [Entry date 01/31/01]

2/12/01   --   JURISDICTIONAL QUESTION.  USCA Case Number as to Fay
               Johnson Re: [19-1] appeal USCA NUMBER: 01-10412-F (gf)
               [Entry date 02/12/01]

2/26/01   23   TRANSCRIPT filed as to Fay Johnson  of Plea Colloquy held
               11/16/00  before Magistrate Judge Lurana S. Snow  Volume #:
               1 Pages: 1-15  re: [19-1] appeal . Appeal record due on
               3/13/01 for Fay Johnson (gf) [Entry date 02/26/01]  Vol. 2

2/26/01   24   TRANSCRIPT filed as to Fay Johnson of Sentencing held
               01/11/01 before Magistrate Judge Lurana S. Snow Volume #: 1
               Pages: 1-16 re: [19-1] appeal . Appeal record due on
               3/13/01 for Fay Johnson (gf) [Entry date 02/26/01]  Vol. 3

2/26/01  (25)  Appeal Information Sheet as to Fay Johnson   re: [19-1]
               appeal Transcript filed on 2/26/01 for Fay Johnson (gf)
               [Entry date 02/26/01]

3/2/01   (26)  Certificate of readiness transmitted to USCA as to Fay
               Johnson  re: [19-1] appeal  by Fay Johnson   USCA #
               01-10412-F (dl) [Entry date 03/02/01]    End. Vol. 1
```