

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

March 23, 2001

RE: 01-10412-FF    USA v. Fay Johnson
DC DKT NO.:  00-06166 CR-NCR

TO:  Clarence Maddox

CC:  Timothy Day

CC:  Kathleen M. Williams Esq.

CC:  Anne R. Schultz

CC:  Guy A. Lewis

CC:  Administrative File

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit

56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

In Replying Give Number
Of Case And Names of Parties

March 23, 2001

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale  FL  33301

RE: 01-10412-FF     USA v. Fay Johnson
DC DKT NO.: 00-06166 CR-NCR



The enclosed certified copy of this Court's order dismissing the appeal for lack of jurisdiction is issued in lieu of the mandate of this court.

Please acknowledge receipt by returning the enclosed copy of this letter.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Carol Lewis/ar (404) 335-6175

Encl.

DIS-4  (1-1999)

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

NO. 01-10412-F

00-6166-cr-NCR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FAY JOHNSON,

Defendant-Appellant.



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAR 23 2001

THOMAS K. KAHN
CLERK

FILED by _____ D.C.
DKTG

MAR 26 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Appeal from the United States District Court for the
Southern District of Florida

Before   **BLACK, CARNES and MARCUS, Circuit Judges.**

BY THE COURT:

This appeal is DISMISSED for lack of jurisdiction. The judgment issued by the magistrate judge on January 16, 2001, is not directly appealable to the court of appeals. See 18 U.S.C. § 3402; Fed.R.Crim.P. 58(g)(2)(B); Midway Mfg. Co. v. Kruckenberg, 720 F.2d 653, 654 (11th Cir.1983).

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia