PROB 12A
(SD/FL 10/01)
**Fay Johnson**
**Docket No. 00-6166-CR-Roettger**

SD/FL PACTS No. 65227

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 00-6166-CR-Roettger

## REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Fay Johnson

Name of Sentencing Judicial Officer:  The Honorable Norman C. Roettger, United States District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 11, 2001

Original Offense:   Theft of United States Currency, in violation of Title 18, U.S.C. § 641, a Class "A" misdemeanor.

Original Sentence:          Three (3) years probation. Special Conditions: (1) participate in home confinement/electronic monitoring for six months; (2) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer; (3) the defendant shall not incur any further debt, including but not limited to, loans, lines of credit, or credit card charges without first obtaining permission of the U.S. Probation Officer; and (4) restitution in the amount of $50,000.

Type of Supervision: Probation          Date Supervision Commenced: January 11, 2001

---

# NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | **VIOLATION OF SPECIAL CONDITION, by incurring additional debt.** In that, on or about November, 2001, the defendant opened  new line of credits with Capital One Bank and First Premiere Bank without permission of the U.S. |

PROB 12A                                          SD/FL PACTS No. 65227
(SD/FL 10/01)
**Fay Johnson**
**Docket No. 00-6166-CR-Roettger**

Probation Office.
U.S. Probation Officer Action:

The U.S. Probation Office has instructed Ms. Johnson to close the new lines of credit in
which she had opened in November of 2001. From August of 2001, through November
of 2001, Ms. Johnson was unable to work due to physical problems. She states that she
obtained these credit cards in order for her to help pay her bills. She is currently paying
$30.00 per month towards her restitution.

The U.S. Probation Office would recommend no action be taken at this time. Ms.
Johnson has been advised that further non-compliance may result in further action with
the Court.

Respectfully submitted,

by

John E. Minnelli
U.S. Probation Officer
Phone: (954) 769-5536
Date: February 19, 2002

Reviewed by: _____
Carolyn M. Gamble, Supervising
U.S. Probation Officer

[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

21 Feb 2002
_____
Date