PROB 12A  
(SD/FL 10/01)  
**Fay Johnson**  
Docket No. 00-6166-CR-Roettger

SD/FL PACTS No. 65227



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6166-CR-Roettger

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender: Fay Johnson  
Name of Sentencing Judicial Officer: The Honorable Norman C. Roettger, Judge, U.S. District Court, Fort Lauderdale, Florida

Date of Original Sentence: January 11, 2001

| | |
|---|---|
| Original Offense: | Theft of United States Currency, in violation of Title 18, U.S.C. § 641, a Class "A" misdemeanor. |
| Original Sentence: | Three (3) years probation. Special Conditions: (1) participate in the Home Confinement/Electronic Monitoring program for six months; (2) the defendant shall provide complete access to financial information, including disclosure of all business and personal finances to the U.S. Probation Officer; (3) the defendant shall not incur any further debt, including but not limited to, loans, lines of credit, or credit card charges without first obtaining the permission of the U.S. Probation Officer; and (4) restitution in the amount of $50,000. |

Type of Supervision: Probation          Date Supervision Commenced: January 11, 2001

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **VIOLATION OF MANDATORY CONDITION, by failing to satisfy the Court-ordered restitution.** On or about July 11, 2001, $50,000 restitution was imposed to be paid at the direction of the U.S. Probation Officer. On January 23, 2001, the probationer signed a Financial Obligation Agreement, agreeing to make payments of $35 per month towards restitution. The probationer was instructed to commence making payments on February 5, 2001, and to date, has failed to comply with the agreement. The probationer is currently five months in arrears in the amount of $175. |

PROB 12A  
(SD/FL 10/01)  
**Fay Johnson**  
**Docket No. 00-6166-CR-Roettger**

SD/FL PACTS No. 65227

U.S. Probation Officer Action:

The probationer is currently physically disabled and has been unable to work since February of 2002. She is scheduled to begin working at her full-time job once again on August 15, 2002. Once she begins working full-time, she will be required to submit her payments accordingly.

At this time, the U.S. Probation Office is recommending no action be taken. The U.S. Probation Office will continue to monitor the probationer's finances and will notify the Court of any future non-compliance.

Respectfully submitted,

by _John E. Minnelli_  
U.S. Probation Officer  
Phone: (954) 769-5536  
Date: July 19, 2002

Reviewed by: _____  
**Carolyn M. Gamble, Supervising**  
**U.S. Probation Officer**

[X] Concur with action(s) taken by the U.S. Probation Officer  
[ ] Submit a Request for Modifying the Conditions or Term of Supervision  
[ ] Submit a Request for _ Warrant or _ Summons

_____  
Signature of Judicial Officer

30 July 2002  
_____  
Date