PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 65227

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6166-CR-ROETTGER (SNOW)</u>

FILED by _____ D.C.  
JAN 2 0 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF F.A FT. LAUD.

### REPORT ON OFFENDER UNDER SUPERVISION

Name of Offender:   **Fay Johnson**

Name of Sentencing Judicial Officer:   The Honorable Norman C. Roettger, Judge  
U.S. District Court, Ft. Lauderdale

Date of Original Sentence: January 11, 2001

Original Offense:   Theft of United States Currency in violation of Title 18 U.S.C. §641, a Class 'A' misdemeanor.

Original Sentence:   Three (3) years probation. Special conditions: 1) The defendant shall participate in the Home Detention Electronic Monitoring Program for a period of six (6) months. During this time the defendant shall remain at his place of residence except for employment and other activities approved in advance by the U.S. Probation Officer. The defendant shall maintain a telephone at his place of residence without "call forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for the above period. The defendant shall wear an electronic monitoring device and follow the electronic monitoring procedures specified by the U.S. Probation Officer. In addition, the defendant shall pay costs of electronic monitoring at the rate of $4.25 per each day; 2) The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer; 3) The defendant shall not apply for, solicit, or incur, any further debt, included but not limited to, loans, lines of credit, or credit card charges, either as a principal or cosigner, as an individual or through any corporate entity, without first obtaining permission from the U.S. Probation Officer; and 4) Restitution in the amount of $50,000.

Type of Supervision: Probation                    Date Supervision Commenced: January 11, 2001

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**          **Nature of Noncompliance**

1.                            **VIOLATION OF MANDATORY CONDITION,** by failing to satisfy the Court ordered restitution. On January 11, 2001, restitution in the amount of $50,000 was ordered by the Court, and the

PROB 12A  
(SD/FL 10/01)

SD/FL PACTS No. 65227

THE HONORABLE NORMAN C. ROETTGER, JUDGE  
DECEMBER 29, 2003  
PAGE 2

**NAME OF OFFENDER: FAY JOHNSON**          **CASE NO. 00-6166-CR-ROETTGER(SNOW)**

probationer has failed to satisfy her financial obligations. A financial investigation revealed that the probationer has been paying to the best of her ability given all of her physical disabilities that impacted on her ability to work. This case is due to expire on January 10, 2004, leaving an unpaid balance of approximately $49,560. The U.S. Attorney's Office, Financial Litigation Unit has been contacted regarding this case and they have prepared to continue collection after the expiration of her supervision. The probationer has signed a Consent Agreement which has been mailed to the U.S. Attorney's Office to continue to make payments on a monthly basis.

**U.S. Probation Officer Action:**

At this time, our office is recommending no further action be taken against the probationer, and that her case be allowed to expire as scheduled on January 10, 2004.

Respectfully submitted,

by  [signature]

Harold A. Scott  
U.S. Probation Officer  
Phone: (954) 769-5522  
Date: December 29, 2003

HAS/jam  
REVIEWED & APPROVED BY: [signature]  
Jeris L. Smith, Supervising  
U.S. Probation Officer

[X]  Concur with action(s) taken by the U.S. Probation Officer  
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision  
[ ]  Submit a Request for _ Warrant or _ Summons

[signature]  
**Signature of Judicial Officer**

January 16, 2004  
**Date**